Clara M. Dunn, Appellee, v. Edith L. Fradgley et al.
Appeal of Alice Dunn, Appellant.

Gen. No. 42,914.

Heard in the third division, first district, this court at the October term, 1943; opinion filed April 26, 1944. H. M. Phipps, for appellant; Ray E. Lane, for appellee. Opinion by PRESIDING JUSTICE BURKE. **Not to be published in full.**

Laura G. Watson, Appellant, v. George D. Gray et al.,
Appellees.

Gen. No. 42,929.

Heard in the third division, first district, this court at the December term, 1943; opinion filed April 26, 1944. John B. King, for appellant; George Delbert Gray and Kerner, Jaros & Tittle, for appellees. Opinion by JUSTICE BURKE. **Not to be published in full.**